# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                                      CASE NO.  5:89cr5004/RV

TOMMY BIRCH

**REFERRAL AND ORDER**

Referred to Judge Vinson on  05/27/2008

Type of Motion/Pleading MOTION TO TAKE JUDICIARY NOTICE, construed as a motion to appeal *in forma pauperis*

Filed by: Defendant  on 5/12/08  Doc. No. 152

( ) Stipulated/Consented/Joint Pleading

RESPONSES:

                                              on _____ Doc. No. _____

                                              on _____ Doc. No. _____

                                              WILLIAM M. McCOOL, CLERK OF COURT

                                              */s/ V. Harmon*

                                              Deputy Clerk

**ORDER**

Upon consideration of the foregoing, it is ORDERED this 27th day of May, 2008, that:

(a)    The requested relief is DENIED.

(b)    This appeal is not taken in good faith. The defendant was granted a reduction in sentence under Amendment 706 from a term of 720 months imprisonment to a term of 360 months. (A comparable sentence would have been 584 months.)

(c)    The Federal Public Defender was appointed for limited purposes of dealing with Amendment 706, which do not include representation on appeal.  **See** order dated March 28, 2008.

                                              */s/ Roger Vinson*
                                              ROGER VINSON
                                              SENIOR UNITED STATES DISTRICT JUDGE